IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DONALD L. BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:10CV626 |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

On July 24, 2013, the United States Magistrate Judge's Opinion and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636.

The Court has reviewed the parties' submissions de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Judgment Reversing Commissioner (Docket Entry 8) is DENIED, that Defendant's Motion for Judgment on the Pleadings (Docket Entry 11) is GRANTED, and that the final decision of the Commission is upheld. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 16th day of September, 2013.

_____
United States District Judge